THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEVINE R. WORTHY, Appellant. (Appeal No. 2.) [793 NYS2d 817]— Appeal from an order of the Genesee County Court (Robert C. Noonan, J.), entered May 13, 2003. The order directed defendant to pay restitution in the amount of $3,242.79.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Worthy* (17 AD3d 1156 [2005]). Present—Hurlbutt, J.P., Scudder, Gorski, Pine and Lawton, JJ.